United States District Court
District of Connecticut
FILED AT BRIDGEPORT
Sep. 9 20 26
Dinah Milton Kinney, Clerk
By
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

Criminal No. 3:26CR173(KAD)( )

v.

VIOLATION:

RYAN FITZGIBBONS

18 U.S.C. § 1343 (Wire Fraud)

INFORMATION

The United States Attorney charges:

COUNT ONE
(Wire Fraud)

1. At all times relevant to this Information, the defendant, RYAN FITZGIBBONS, was a resident of Dayville, Connecticut.

2. At all times relevant to this Information, the Holy Family Home and Shelter ("HFHS") was a non-profit emergency shelter located in Windham, Connecticut, serving families experiencing homelessness. HFHS offers a home and shelter for fathers, mothers, and their children, and also provides meals, life skills workshops, case management, laundry facilities, an education program for children, assistance with permanent housing, and employment searches.

3. From in or around November 2021 and continuing through in or around September 2023, FITZGIBBONS was employed as the Executive Director of HFHS. As the Executive Director, FITZGIBBONS was responsible for the day-to-day operation of HFHS, which included administering and tracking HFHS's finances, tracking donations and grants, and operating the HFHS bank account to pay for the shelter's operating expenses. In his role, he was granted access to the HFHS bank account and had the authority to make payments from the account.

## The Scheme and Artifice

4. From in or around November 2021 and continuing through in or around September 2023, while employed as the Executive Director of HFHS, in the District of Connecticut and elsewhere, FITZGIBBONS knowingly and with intent to defraud devised and executed a scheme and artifice to defraud HFHS and to obtain money and property from HFHS by means of materially false and fraudulent pretenses, representations, and promises.

5. As part of the scheme and artifice to defraud, FITZGIBBONS accessed the HFHS bank account and transferred money to himself and his personal bank accounts through various means. First, FITZGIBBONS instituted both Automatic Clearing House and wire transfers from the HFHS bank account to accounts that he controlled and subsequently used those funds for his own purpose. Additionally, FITZGIBBONS wrote checks and made cash withdrawals from the HFHS bank account and used the money for his own benefit. Finally, FITZGIBBONS also made debit and credit card payments from the HFHS bank account for his own benefit.

6. As further part of the scheme and artifice, FITZGIBBONS created materially false donation transaction reports that he provided to the board members of HFHS, obscuring donations to HFHS to disguise the transfer of money to his personal accounts.

7. For example, on or about August 14, 2023, for the purpose of executing the scheme and artifice, in the District of Connecticut and elsewhere, FITZGIBBONS caused to be transmitted in interstate commerce certain writings, signs, signals, pictures, or sounds, that is, an interstate wire transmission comprising an email communication from FITZGIBBONS to HFHS board members attaching a materially false HFHS donation transaction report.

All in violation of Title 18, United States Code, Section 1343.

UNITED STATES OF AMERICA

DAVID X. SULLIVAN
UNITED STATES ATTORNEY

STEPHANIE T. LEVICK
ASSISTANT UNITED STATES ATTORNEY